**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff/Appellee, | ) | |
| | ) | |
| vs. | ) | Case. No. 26-8005 |
| | ) | |
| | ) | |
| RANDALL THOMAS BAILEY, | ) | |
| | ) | |
| Defendant/Appellant. | ) | |

**MOTION FOR VOLUNTARY DISMISSAL OF APPEAL**

COMES NOW the Appellant, Randall T. Bailey, by and through his counsel, Samuel P.C. Krone of Krone Law, LLC, and pursuant to 10th Cir. R. 42.3, respectfully moves this Court for a voluntary dismissal of the above-entitled case. Appellant's brief is due May 11, 2026. After reviewing all of the options to proceed with the appeal, and the facts and the law with counsel, Appellant has decided to voluntarily dismiss his appeal by signing the attached waiver which is incorporated by reference herein.

WHEREFORE, it is respectfully requested that this Court enter an order dismissing the appeal in the above-entitled case.

DATED this 11th Day of May 2026.

_/s/ Samuel Krone____________________
SAMUEL P. KRONE, WSB # 6-3435
Krone Law, LLC
P.O. Box 2481
Cody, Wyoming 82414
307-578-6721
sam@samkronelaw.com
Counsel for the Appellant

**CERTIFICATE OF SERVICE**

I, Samuel P. Krone, counsel for the Defendant, do hereby certify that I caused a true and correct copy of the above and foregoing document to be filed and served on the attorney for the Appellee, Christyne Martens, United States Attorney's Office, via CM/ECF system on the 11th day of May, 2026.

_/s/ Samuel P. Krone_____________
Samuel P. Krone

**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff/Appellee, | ) | |
| | ) | |
| vs. | ) | Case. No. 26-8005 |
| | ) | |
| | ) | |
| RANDALL THOMAS BAILEY, | ) | |
| | ) | |
| Defendnat/Appellant. | ) | |

**WAIVER OF APPEAL**

COMES NOW the Appellant, Randall T. Bailey, and hereby acknowledges, affirms and states that his counsel, Samuel P.C. Krone, has advised him as to all the facts, possibilities, options and information available to him concerning whether or not to appeal this case.

That after weighing all the possibilities, options and facts, it is my desire not to appeal the decision in the above-entitled matter, and that I hereby waive my right to said appeal.

That I have made this decision of my own free will and have not been coerced in any way whatsoever, and that I have not been under any form of duress in making this decision.

That after being fully advised, I hereby direct my attorney, Samuel P.C. Krone, not to appeal the decision in the above-entitled case.

DATED this 11th Day of May 2026.

Randall T. Bailey

Randall T. Bailey
Appellant